IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHAN C. HAGEMEYER,<br><br>Defendant. | PO-22-5092-GF-JTJ<br><br>VIOLATION:<br>9712456<br>Location Code: M13<br><br>ORDER |

Based upon the United States' unopposed motion to accept the defendant's payment of a $40 fine and $30 processing fee for violation 9712456 (for a total of $70), and for good cause shown, **IT IS ORDERED** that the $70 fine paid by the defendant is accepted as a full adjudication of violation 9712456.

**IT IS FURTHER ORDERED** that the bench warrant issued on or about September 30, 2022 is **QUASHED**.

DATED this 4th day of October, 2022.

_____
John Johnston
United States Magistrate Judge